**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-34999 |
| | § | |
| RAUHS FRAC SERVICE, LTD. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Rodney D. Tow, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)      All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)      A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $2,560,698.18 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $383,468.34 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $35,316.87 | | |

3)      Total gross receipts of $758,039.35 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $339,254.14 (see **Exhibit 2**), yielded net receipts of $418,785.21 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $48,851,623.55 | $314,737.78 | $314,773.78 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $35,291.79 | $35,291.79 | $35,291.79 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $25.08 | $25.08 | $25.08 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $153,540.22 | $12,120.22 | $12,120.22 |
| General Unsecured Claims (from **Exhibit 7**) | $0.00 | $370,383.77 | $54,646.67 | $56,574.34 |
| **Total Disbursements** | $0.00 | $49,410,864.41 | $416,821.54 | $418,785.21 |

4).  This case was originally filed under chapter 7 on 07/10/2009.  The case was pending for 102 months.

5).  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6).  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/16/2018                          By:    /s/ Rodney D. Tow
                                                          Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Accounts Receivables (A/R) | 1121-000 | $276,904.56 |
| Rent | 1122-000 | $36,400.00 |
| See Exhibit B-29 Machinery, Fixtures, Equipment et al | 1129-000 | $319,844.28 |
| Right, title, and interest in and to (i) Riggs No. 1,SE/4 NW/4 of Section 1, Township 17 North, Range 17 West, Dewey Co | 1229-000 | $30,000.00 |
| Surety Bond Refund from Oklahoma Corporation Commission | 1229-000 | $25,000.00 |
| Settlement and Compromise of Adversary No. 11-03358 - Order # 463 | 1241-000 | $10,000.00 |
| Interest Earned | 1270-000 | $43.57 |
| Refunds | 1290-000 | $59,846.94 |
| **TOTAL GROSS RECEIPTS** | | $758,039.35 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| The Bankruptcy Estate of Nighthawk Oilfield | Surplus Funds | 8200-002 | $339,254.14 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $339,254.14 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | Bank of America, N.A. | 4110-000 | $0.00 | $36,994,696.39 | $314,548.43 | $314,584.43 |
| 6 | Bank of America, N.A. | 4110-000 | $0.00 | $11,856,737.81 | $0.00 | $0.00 |
| 9 | Town of Mooreland | 4800-000 | $0.00 | $189.35 | $189.35 | $189.35 |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $48,851,623.55 | $314,737.78 | $314,773.78 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| Robbye Waldron, Trustee, Trustee | 2100-000 | NA | $19,146.89 | $19,146.89 | $19,146.89 |
| Rodney D. Tow, Trustee | 2100-000 | NA | $5,042.37 | $5,042.37 | $5,042.37 |
| George Adams & Co. | 2300-000 | NA | $228.47 | $228.47 | $228.47 |
| George Adams and Company | 2300-000 | NA | $105.05 | $105.05 | $105.05 |
| International Sureties | 2300-000 | NA | $83.92 | $83.92 | $83.92 |
| Rafter H Operating, LLC | 2420-000 | NA | $644.00 | $644.00 | $644.00 |
| Green Bank | 2600-000 | NA | $9,635.96 | $9,635.96 | $9,635.96 |
| ADP, Inc. | 2810-000 | NA | $405.13 | $405.13 | $405.13 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $35,291.79 | $35,291.79 | $35,291.79 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

NONE

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Mary Ella Duplantis, Other Operating | 6950-000 | NA | $25.08 | $25.08 | $25.08 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | NA | $25.08 | $25.08 | $25.08 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | OESC - Legal Dept | 5800-000 | $0.00 | $519.10 | $519.10 | $519.10 |
| 4 | Liberty Mutual Insurance Company | 5800-000 | $0.00 | $141,420.00 | $0.00 | $0.00 |
| 21 | Comptroller of Public Accounts | 5800-000 | $0.00 | $11,601.12 | $11,601.12 | $11,601.12 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $153,540.22 | $12,120.22 | $12,120.22 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Yellow Book Pacific | 7100-000 | $0.00 | $2,277.73 | $2,277.73 | $2,277.73 |
| 2 | Topcat Oilfield Transport, LLC | 7100-000 | $0.00 | $10,901.25 | $10,901.25 | $10,901.25 |
| 4a | Liberty Mutual Insurance | 7100-000 | $0.00 | $294,930.65 | $0.00 | $0.00 |

| | Company | | | | | |
|---|---|---|---|---|---|---|
| 7 | City of Alva | 7100-000 | $0.00 | $5,197.50 | $5,197.50 | $5,197.50 |
| 8 | Production Engine & Pump, INc. | 7100-000 | $0.00 | $3,467.22 | $3,467.22 | $3,467.22 |
| 9a | Town of Mooreland | 7100-000 | $0.00 | $2,120.30 | $2,120.30 | $2,120.30 |
| 10 | Twin State Trucks, Inc. | 7100-000 | $0.00 | $1,073.92 | $1,073.92 | $1,073.92 |
| 11 | BB Machine | 7100-000 | $0.00 | $2,060.91 | $2,060.91 | $2,060.91 |
| 12 | Inland Truck Parts & Service Co. | 7100-000 | $0.00 | $862.53 | $862.53 | $862.53 |
| 13 | Vernon Company | 7100-000 | $0.00 | $1,397.02 | $1,397.02 | $1,397.02 |
| 14 | Troy's Telephone Service | 7100-000 | $0.00 | $812.11 | $812.11 | $812.11 |
| 15 | Sage Hill Farm Water Resources | 7100-000 | $0.00 | $2,387.75 | $2,387.75 | $2,387.75 |
| 16 | Signs by Tomorrow | 7100-000 | $0.00 | $2,952.92 | $2,952.92 | $2,952.92 |
| 17 | Chad Allen Littlefield | 7100-000 | $0.00 | $20,806.45 | $0.00 | $0.00 |
| 18 | Rod Ferguson | 7100-000 | $0.00 | $78.00 | $78.00 | $78.00 |
| 19 | Seiling Public Works | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | WC Supply Company | 7100-000 | $0.00 | $925.01 | $925.01 | $925.01 |
| 22 | Rod Ferguson | 7100-000 | $0.00 | $5,918.00 | $5,918.00 | $5,918.00 |
| 23 | Univar USA, Inc. | 7100-000 | $0.00 | $12,214.50 | $12,214.50 | $12,214.50 |
| | BB Machine | 7990-000 | $0.00 | $0.00 | $0.00 | $72.70 |
| | City of Alva | 7990-000 | $0.00 | $0.00 | $0.00 | $183.34 |
| | Inland Truck Parts & Service Co. | 7990-000 | $0.00 | $0.00 | $0.00 | $30.43 |
| | Production Engine & Pump, INc. | 7990-000 | $0.00 | $0.00 | $0.00 | $122.31 |
| | Rod Ferguson | 7990-000 | $0.00 | $0.00 | $0.00 | $2.75 |
| | Rod Ferguson | 7990-000 | $0.00 | $0.00 | $0.00 | $208.76 |
| | Sage Hill Farm Water Resources | 7990-000 | $0.00 | $0.00 | $0.00 | $84.23 |
| | Signs by Tomorrow | 7990-000 | $0.00 | $0.00 | $0.00 | $104.16 |
| | Topcat Oilfield Transport, LLC | 7990-000 | $0.00 | $0.00 | $0.00 | $384.54 |
| | Town of Mooreland | 7990-000 | $0.00 | $0.00 | $0.00 | $74.79 |
| | Troy's Telephone | 7990-000 | $0.00 | $0.00 | $0.00 | $28.65 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Service | | | | | |
| | Twin State Trucks, Inc. | 7990-000 | $0.00 | $0.00 | $0.00 | $37.88 |
| | Univar USA, Inc. | 7990-000 | $0.00 | $0.00 | $0.00 | $430.87 |
| | Vernon Company | 7990-000 | $0.00 | $0.00 | $0.00 | $49.28 |
| | WC Supply Company | 7990-000 | $0.00 | $0.00 | $0.00 | $32.63 |
| | Yellow Book Pacific | 7990-000 | $0.00 | $0.00 | $0.00 | $80.35 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $370,383.77 | $54,646.67 | $56,574.34 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:  1          Exhibit 8

| Case No.: | 09-34999-H1-7 | | Trustee Name: | Rodney Tow |
| Case Name: | RAUHS FRAC SERVICE, LTD. | | Date Filed (f) or Converted (c): | 07/10/2009 (f) |
| For the Period Ending: | 1/16/2018 | | §341(a) Meeting Date: | 08/19/2009 |
| | | | Claims Bar Date: | 09/26/2011 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | Accounts Receivables (A/R) | $1,012,456.61 | $276,904.56 | | $276,904.56 | FA |
| 2 | Refunds (u) | Unknown | $59,846.94 | | $59,846.94 | FA |
| 3 | Rent (u) | $0.00 | $36,400.00 | | $36,400.00 | FA |
| 4 | Settlement and Compromise of Adversary No. 11-03358 - Order # 463 (u) | $0.00 | $10,000.00 | | $10,000.00 | FA |
| 5 | Right, title, and interest in and to (i) Riggs No. 1, SE/4 NW/4 of Section 1, Township 17 North, Range 17 West, Dewey County, Oklahoma, an abandoned saltwater injection well, including all of the borehole rights, and (ii) all personal property located upon the Well location. (u) | $0.00 | $30,000.00 | | $30,000.00 | FA |
| 6 | Bank of American Acct # xxx6696 | $41,501.26 | $0.00 | | $0.00 | FA |
| 7 | Bank of America Acct # xxx0659 | $99,038.29 | $0.00 | | $0.00 | FA |
| 8 | Bank of America Acct # xxx9706 | $0.00 | $0.00 | | $0.00 | FA |
| 9 | NBC Bank Certificate of Deposit (u) | $26,258.63 | $0.00 | | $0.00 | FA |
| 10 | See Exhibit B-29 Machinery, Fixtures, Equipment et al | $928,200.00 | $0.00 | | $319,844.28 | FA |
| **Asset Notes:** See Schedule B - Exhibit B-29 | | | | | | |
| 11 | Office Equipment et al - Seiling, OK; Drumond, OK; and, Henderson, TX | $2,500.00 | $0.00 | | $0.00 | FA |
| 12 | See Exhibit B-25 Automobiles, trucks, trailers and other veicles | $2,391,400.00 | $0.00 | | $0.00 | FA |
| 13 | Surety Bond Refund from Oklahoma Corporation Commission (u) | $0.00 | $25,000.00 | | $25,000.00 | FA |
| **Asset Notes:** 2/17/2012 #17 | | | | | | |
| INT | Interest Earned (u) | Unknown | Unknown | | $43.57 | FA |

| TOTALS (Excluding unknown value) | | | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|---|---|
| | | $4,501,354.79 | $438,151.50 | | $758,039.35 | $0.00 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   2        Exhibit 8

| | | |
|---|---|---|
| **Case No.:** | 09-34999-H1-7 | |
| **Case Name:** | RAUHS FRAC SERVICE, LTD. | |
| **For the Period Ending:** | 1/16/2018 | |

| | |
|---|---|
| **Trustee Name:** | Rodney Tow |
| **Date Filed (f) or Converted (c):** | 07/10/2009 (f) |
| **§341(a) Meeting Date:** | 08/19/2009 |
| **Claims Bar Date:** | 09/26/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Major Activities affecting case closing:**

| | |
|---|---|
| 05/03/2017 | N.O. Put file together to send to US Trustee's office. |
| 09/30/2015 | JW-JW-REFER TO NOTES IN 09-34992-H1-7 [*NIGHTHAWK OILFIELD SERVICES, LTD.] |
| 12/30/2014 | JW- REFER TO NOTES IN 09-34992-H1-7 [*NIGHTHAWK OILFIELD SERVICES, LTD.] |
| 12/30/2013 | JW-WE ARE IN THE PROCESS OF PREPARING OUR TFR |
| 03/13/2013 | JW-TRUSTEE WITHDREW HIS TFR |
| 01/23/2013 | JW-RT WAS APPOINTED SUCCESSOR TRUSTEE |
| 12/01/2012 | All major activities and filings under main case Nighthawk Oilfield Services Inc 09-34992. |

**Initial Projected Date Of Final Report (TFR):**   07/10/2011        **Current Projected Date Of Final Report (TFR):**   12/31/2016        /s/ RODNEY TOW

RODNEY TOW

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-34999-H1-7 | | Trustee Name: | Rodney Tow |
|---|---|---|---|---|
| Case Name: | RAUHS FRAC SERVICE, LTD. | | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***6086 | | Checking Acct #: | ******4999 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 7/10/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/16/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|---|
| 01/20/2017 | | Green Bank | Transfer Funds | | 9999-000 | $432,327.31 | | $432,327.31 |
| 09/19/2017 | 5001 | Rodney D. Tow | Trustee Compensation | | 2100-000 | | $24,189.26 | $408,138.05 |
| 09/19/2017 | 5002 | OESC - Legal Dept | Distribution on Claim #: 3; | | 5800-000 | | $519.10 | $407,618.95 |
| 09/19/2017 | 5003 | Town of Mooreland | Distribution on Claim #: 9; | | 4800-000 | | $189.35 | $407,429.60 |
| 09/19/2017 | 5004 | Comptroller of Public Accounts | Distribution on Claim #: 21; | | 5800-000 | | $11,601.12 | $395,828.48 |
| 09/19/2017 | 5005 | Yellow Book Pacific | Distribution on Claim #: 1; | | * | | $2,358.08 | $393,470.40 |
| | | | Claim Amount | $(2,277.73) | 7100-000 | | | $393,470.40 |
| | | | Interest | $(80.35) | 7990-000 | | | $393,470.40 |
| 09/19/2017 | 5006 | Topcat Oilfield Transport, LLC | Distribution on Claim #: 2; | | * | | $11,285.79 | $382,184.61 |
| | | | Claim Amount | $(10,901.25) | 7100-000 | | | $382,184.61 |
| | | | Interest | $(384.54) | 7990-000 | | | $382,184.61 |
| 09/19/2017 | 5007 | City of Alva | Distribution on Claim #: 7; | | * | | $5,380.84 | $376,803.77 |
| | | | Claim Amount | $(5,197.50) | 7100-000 | | | $376,803.77 |
| | | | Interest | $(183.34) | 7990-000 | | | $376,803.77 |
| 09/19/2017 | 5008 | Production Engine & Pump, INc. | Distribution on Claim #: 8; | | * | | $3,589.53 | $373,214.24 |
| | | | Claim Amount | $(3,467.22) | 7100-000 | | | $373,214.24 |
| | | | Interest | $(122.31) | 7990-000 | | | $373,214.24 |
| 09/19/2017 | 5009 | Town of Mooreland | Distribution on Claim #: 9; | | * | | $2,195.09 | $371,019.15 |
| | | | Claim Amount | $(2,120.30) | 7100-000 | | | $371,019.15 |
| | | | Interest | $(74.79) | 7990-000 | | | $371,019.15 |
| 09/19/2017 | 5010 | Twin State Trucks, Inc. | Distribution on Claim #: 10; | | * | | $1,111.80 | $369,907.35 |
| | | | Claim Amount | $(1,073.92) | 7100-000 | | | $369,907.35 |
| | | | Interest | $(37.88) | 7990-000 | | | $369,907.35 |
| 09/19/2017 | 5011 | BB Machine | Distribution on Claim #: 11; | | * | | $2,133.61 | $367,773.74 |
| | | | Claim Amount | $(2,060.91) | 7100-000 | | | $367,773.74 |
| | | | Interest | $(72.70) | 7990-000 | | | $367,773.74 |
| 09/19/2017 | 5012 | Inland Truck Parts & Service Co. | Distribution on Claim #: 12; | | * | | $892.96 | $366,880.78 |
| | | | Claim Amount | $(862.53) | 7100-000 | | | $366,880.78 |
| | | | Interest | $(30.43) | 7990-000 | | | $366,880.78 |
| | | | **SUBTOTALS** | | | $432,327.31 | $65,446.53 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-34999-H1-7 | | Trustee Name: | Rodney Tow |
|---|---|---|---|---|
| Case Name: | RAUHS FRAC SERVICE, LTD. | | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***6086 | | Checking Acct #: | ******4999 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 7/10/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/16/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/19/2017 | 5013 | Vernon Company | Distribution on Claim #: 13; | | * | | $1,446.30 | $365,434.48 |
| | | | Claim Amount | $(1,397.02) | 7100-000 | | | $365,434.48 |
| | | | Interest | $(49.28) | 7990-000 | | | $365,434.48 |
| 09/19/2017 | 5014 | Troy's Telephone Service | Distribution on Claim #: 14; | | * | | $840.76 | $364,593.72 |
| | | | Claim Amount | $(812.11) | 7100-000 | | | $364,593.72 |
| | | | Interest | $(28.65) | 7990-000 | | | $364,593.72 |
| 09/19/2017 | 5015 | Sage Hill Farm Water Resources | Distribution on Claim #: 15; | | * | | $2,471.98 | $362,121.74 |
| | | | Claim Amount | $(2,387.75) | 7100-000 | | | $362,121.74 |
| | | | Interest | $(84.23) | 7990-000 | | | $362,121.74 |
| 09/19/2017 | 5016 | Signs by Tomorrow | Distribution on Claim #: 16; | | * | | $3,057.08 | $359,064.66 |
| | | | Claim Amount | $(2,952.92) | 7100-000 | | | $359,064.66 |
| | | | Interest | $(104.16) | 7990-000 | | | $359,064.66 |
| 09/19/2017 | 5017 | Rod Ferguson | Distribution on Claim #: 18; | | * | | $80.75 | $358,983.91 |
| | | | Claim Amount | $(78.00) | 7100-000 | | | $358,983.91 |
| | | | Interest | $(2.75) | 7990-000 | | | $358,983.91 |
| 09/19/2017 | 5018 | WC Supply Company | Distribution on Claim #: 20; | | * | | $957.64 | $358,026.27 |
| | | | Claim Amount | $(925.01) | 7100-000 | | | $358,026.27 |
| | | | Interest | $(32.63) | 7990-000 | | | $358,026.27 |
| 09/19/2017 | 5019 | Rod Ferguson | Distribution on Claim #: 22; | | * | | $6,126.76 | $351,899.51 |
| | | | Claim Amount | $(5,918.00) | 7100-000 | | | $351,899.51 |
| | | | Interest | $(208.76) | 7990-000 | | | $351,899.51 |
| 09/19/2017 | 5020 | Univar USA, Inc. | Distribution on Claim #: 23; | | * | | $12,645.37 | $339,254.14 |
| | | | Claim Amount | $(12,214.50) | 7100-000 | | | $339,254.14 |
| | | | Interest | $(430.87) | 7990-000 | | | $339,254.14 |
| 09/19/2017 | 5021 | The Bankruptcy Estate of Nighthawk Oilfield | Distribution on Claim #: ; | | 8200-002 | | $339,254.14 | $0.00 |
| 12/11/2017 | | Rodney Tow, PLLC | Refund on Check# 5001 | | 2100-002 | | ($19,146.89) | $19,146.89 |
| 12/14/2017 | 5022 | Robbye Waldron, Trustee | Trustee Fees | | 2100-000 | | $19,146.89 | $0.00 |
| 01/03/2018 | 5003 | STOP PAYMENT: Town of Mooreland | Distribution on Claim #: 9; | | 4800-004 | | ($189.35) | $189.35 |

| | | | | | | **SUBTOTALS** | $0.00 | $366,691.43 |
|---|---|---|---|---|---|---|---|---|

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 09-34999-H1-7 | |
| Case Name: | RAUHS FRAC SERVICE, LTD. | |
| Primary Taxpayer ID #: | **-***6086 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 7/10/2009 | |
| For Period Ending: | 1/16/2018 | |

| | |
|---|---|
| Trustee Name: | Rodney Tow |
| Bank Name: | Integrity Bank |
| Checking Acct #: | ******4999 |
| Account Title: | DDA |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/03/2018 | 5009 | VOID: Town of Mooreland | | * | | ($2,195.09) | $2,384.44 |
| | | | Claim Amount | $2,120.30 | 7100-003 | | | $2,384.44 |
| | | | Interest | $74.79 | 7990-003 | | | $2,384.44 |
| 01/03/2018 | 5023 | Town of Mooreland | Distribution on Claim #: 9; | 4800-000 | | $189.35 | $2,195.09 |
| 01/03/2018 | 5024 | Town of Mooreland | Distribution on Claim #: 9; | * | | $2,195.09 | $0.00 |
| | | | Claim Amount | $(2,120.30) | 7100-000 | | | $0.00 |
| | | | Interest | $(74.79) | 7990-000 | | | $0.00 |

| | | | |
|---|---|---|---|
| TOTALS: | | $432,327.31 | $432,327.31 | $0.00 |
| Less: Bank transfers/CDs | | $432,327.31 | $0.00 | |
| Subtotal | | $0.00 | $432,327.31 | |
| Less: Payments to debtors | | $0.00 | $339,254.14 | |
| Net | | $0.00 | $93,073.17 | |

**For the period of 7/10/2009 to 1/16/2018**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $432,327.31 |
| | |
| Total Compensable Disbursements: | $93,073.17 |
| Total Non-Compensable Disbursements: | $339,254.14 |
| Total Comp/Non Comp Disbursements: | $432,327.31 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 01/20/2017 to 1/16/2018**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $432,327.31 |
| | |
| Total Compensable Disbursements: | $93,073.17 |
| Total Non-Compensable Disbursements: | $339,254.14 |
| Total Comp/Non Comp Disbursements: | $432,327.31 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-34999-H1-7 | | Trustee Name: | Rodney Tow |
| Case Name: | RAUHS FRAC SERVICE, LTD. | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | **-***6086 | | Money Market Acct #: | ******4999 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 7/10/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/16/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/16/2009 | (1) | Harding & Shelton, Inc. | A/R | 1121-000 | $264.00 | | $264.00 |
| 07/16/2009 | (1) | Superior Pipeline Company | A/R | 1121-000 | $264.00 | | $528.00 |
| 07/23/2009 | (1) | Eland Energy, Inc. | A/R Payment: # 14980 & 14981 | 1121-000 | $605.50 | | $1,133.50 |
| 07/23/2009 | (1) | Exco Operating Company LP | A/R Payment | 1121-000 | $2,434.35 | | $3,567.85 |
| 07/23/2009 | (1) | Lorentz Oil & Gas | A/R Payment: # 15037 | 1121-000 | $207.50 | | $3,775.35 |
| 07/23/2009 | (1) | Exco Talco Midstream Assets, Ltd | A/P Payment: # 14788 | 1121-000 | $196.00 | | $3,971.35 |
| 07/23/2009 | (1) | Exco Operating Company, LP | A/R Payment | 1121-000 | $5,334.10 | | $9,305.45 |
| 07/23/2009 | (1) | Superior Pipeline Company | A/R Payment: # 15296 | 1121-000 | $317.50 | | $9,622.95 |
| 07/23/2009 | (1) | Forest Oil Corporation | A/R Payment: # 14865 | 1121-000 | $162.50 | | $9,785.45 |
| 07/23/2009 | (1) | Four Seas Exploration, LLC | A/R Payment: # 15184 | 1121-000 | $369.00 | | $10,154.45 |
| 07/23/2009 | (1) | Linn Operating, Inc. | A/R Payment: # 14978 | 1121-000 | $211.50 | | $10,365.95 |
| 07/23/2009 | (1) | Mustang Drilling, Inc. | A/R Payment: # 14985 | 1121-000 | $472.81 | | $10,838.76 |
| 07/30/2009 | (1) | Exco Operating Company, LP | A/R Payments | 1121-000 | $4,080.00 | | $14,918.76 |
| 07/30/2009 | (1) | Exco Operating Company, LP | A/R Payment | 1121-000 | $14,642.20 | | $29,560.96 |
| 07/30/2009 | (1) | Linn Operating, Inc. | A/R Payments - invoice # 14849; 14850 & 15035 | 1121-000 | $846.00 | | $30,406.96 |
| 07/30/2009 | (1) | Capco Contractors, Inc. | A/R Payment - invoice # 14868 | 1121-000 | $420.00 | | $30,826.96 |
| 07/30/2009 | (1) | Southwest Energy Development, Inc. | A/R Payment | 1121-000 | $252.75 | | $31,079.71 |
| 07/30/2009 | (1) | J & R Service Company | A/R Payment - invoice # 13640 | 1121-000 | $14,700.00 | | $45,779.71 |
| 07/30/2009 | (1) | Blake Production Company, Inc. | A/R Payment - invoice # 15007 | 1121-000 | $221.25 | | $46,000.96 |
| 07/30/2009 | (1) | Largo Oil Company | A/R Payment - invoice # 14588; 14589 & 14611 | 1121-000 | $857.88 | | $46,858.84 |
| 07/30/2009 | (1) | M & M Exploration, Inc. | A/R Payment - invoice # 15091 | 1121-000 | $418.00 | | $47,276.84 |
| 07/30/2009 | (1) | M & M Exploration, Inc. | A/R Payment - invoice # 15006 | 1121-000 | $7,308.00 | | $54,584.84 |
| 07/30/2009 | (1) | M & M Exploration, Inc. | A/R Payment - invoice # 15080 | 1121-000 | $3,027.00 | | $57,611.84 |
| 07/30/2009 | (1) | Nadel & Gussman Operating Co., LLC | A/R Payment - invoice # 15038 | 1121-000 | $294.75 | | $57,906.59 |
| 07/31/2009 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.12 | | $57,906.71 |
| 08/04/2009 | (1) | Linn Operating, Inc. | A/R Payments | 1121-000 | $1,017.30 | | $58,924.01 |
| 08/04/2009 | (1) | DEP REVERSE: Exco Operating Company, LP | Stop Payment placed on the check 8-4-09 | 1121-000 | ($14,642.20) | | $44,281.81 |

| | | | | SUBTOTALS | $44,281.81 | $0.00 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-34999-H1-7 | | Trustee Name: | Rodney Tow |
|---|---|---|---|---|
| Case Name: | RAUHS FRAC SERVICE, LTD. | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | **-***6086 | | Money Market Acct #: | ******4999 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 7/10/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/16/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/06/2009 | (1) | Lorentz Oil & Gas, LLC | A/R Payment - invoice # 15197 | 1121-000 | $528.00 | | $44,809.81 |
| 08/06/2009 | (1) | Orion Pipeline LLC | A/R Payment - invoice # 14872 | 1121-000 | $250.00 | | $45,059.81 |
| 08/06/2009 | (1) | Kaiser-Francis Oil Co | A/R Payments - invoice # 15005 & 15032 | 1121-000 | $1,283.50 | | $46,343.31 |
| 08/06/2009 | (1) | M & M Exploration, Inc. | A/R Payment - invoice # 15379 | 1121-000 | $313.50 | | $46,656.81 |
| 08/10/2009 | (1) | Wagner & Brown, LTD | A/R Payment | 1121-000 | $4,303.13 | | $50,959.94 |
| 08/10/2009 | (1) | Linn Operating, Inc. | A/R Payment | 1121-000 | $211.50 | | $51,171.44 |
| 08/10/2009 | (1) | Linn Operating, Inc. | A/R Payment | 1121-000 | $211.50 | | $51,382.94 |
| 08/12/2009 | (1) | Kaiser-Francis Oil Co. | A/R Payment | 1121-000 | $2,183.50 | | $53,566.44 |
| 08/12/2009 | (1) | Questa Energy Corporation | A/R Payment | 1121-000 | $511.60 | | $54,078.04 |
| 08/12/2009 | (1) | Sandridge E&P, LLC | A/R Payment | 1121-000 | $462.10 | | $54,540.14 |
| 08/12/2009 | (1) | Whiting Oil & Gas Corp. | A/R Payment | 1121-000 | $473.25 | | $55,013.39 |
| 08/12/2009 | 2001 | Rauh Frac Service, Ltd. | Per order dated: August 7, 2009 to Bank of America for Rauh Frac Service, Ltd. (Partial Payment) | 4110-000 | | $54,913.14 | $100.25 |
| 08/18/2009 | (1) | Sargent & Lillard Casing Pulling, Inc. | A/R Payments | 1121-000 | $6,241.02 | | $6,341.27 |
| 08/20/2009 | (1) | Kaiser-Francis Oil Co | A/R Payment - invoice # 15255 | 1121-000 | $528.00 | | $6,869.27 |
| 08/20/2009 | (1) | Fidelity | A/R Payments | 1121-000 | $617.50 | | $7,486.77 |
| 08/20/2009 | 2002 | Rauh's Frac Service, Ltd. | 8-8-09 #80 Bank of American Revolving Loan Payoff - final payment | 4110-000 | | $2,993.57 | $4,493.20 |
| 08/24/2009 | (1) | El Paso E&P Company | A/R Payment | 1121-000 | $51,068.75 | | $55,561.95 |
| 08/24/2009 | (1) | Coronado Energy | A/R Payment | 1121-000 | $20,038.50 | | $75,600.45 |
| 08/27/2009 | (1) | Fair Oil, Ltd | A/R Payment | 1121-000 | $230.75 | | $75,831.20 |
| 08/27/2009 | (1) | Crest Resources, Inc. | A/R Payment | 1121-000 | $363.75 | | $76,194.95 |
| 08/31/2009 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $1.49 | | $76,196.44 |
| 09/01/2009 | (1) | Coronado Energy E&P Co | A/R Payment | 1121-000 | $3,237.45 | | $79,433.89 |
| 09/01/2009 | (1) | El Paso E&P Company | A/R Payment | 1121-000 | $10,572.80 | | $90,006.69 |
| 09/03/2009 | (1) | Panther Energy Company, LLC | A/R Payment | 1121-000 | $211.50 | | $90,218.19 |
| 09/03/2009 | (1) | RAM Operating Company, Inc. | A/R Payment | 1121-000 | $1,012.00 | | $91,230.19 |
| 09/03/2009 | (1) | Exco Operating Company, LP | A/R Payment | 1121-000 | $15,578.55 | | $106,808.74 |
| | | | **SUBTOTALS** | | $120,433.64 | $57,906.71 | |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-34999-H1-7 | | Trustee Name: | Rodney Tow |
|---|---|---|---|---|
| Case Name: | RAUHS FRAC SERVICE, LTD. | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | **-***6086 | | Money Market Acct #: | ******4999 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 7/10/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/16/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/03/2009 | | Bank of America | 9-2-09 #125 Mtn for Relief of Stay | 4210-000 | | $105,308.00 | $1,500.74 |
| 09/03/2009 | | VOID: Bank of America | | 4210-003 | | ($105,308.00) | $106,808.74 |
| 09/03/2009 | | Bank of America | 9-2-09 #125 Mtn for Relief of Stay | 4210-000 | | $102,608.00 | $4,200.74 |
| 09/04/2009 | | VOID: Bank of America | | 4210-003 | | ($102,608.00) | $106,808.74 |
| 09/04/2009 | | Bank of America | 9-2-09 #125 Mtn for Relief of Stay | 4110-000 | | $105,308.00 | $1,500.74 |
| 09/09/2009 | (1) | Hibbard Energy, LP | A/R Payment | 1121-000 | $1,687.00 | | $3,187.74 |
| 09/09/2009 | (1) | Exco Operating Company LP | A/R Payment | 1121-000 | $7,286.80 | | $10,474.54 |
| 09/09/2009 | (1) | Talco Midstream Assets, Ltd | A/R Payment | 1121-000 | $1,538.50 | | $12,013.04 |
| 09/09/2009 | (1) | OG&E Electric Services | A/R Payment | 1121-000 | $64.72 | | $12,077.76 |
| 09/09/2009 | (1) | Enid Iron & Metal | A/R Payment | 1121-000 | $100.05 | | $12,177.81 |
| 09/09/2009 | (1) | OG&E Electric Services | A/R Payment | 1121-000 | $365.53 | | $12,543.34 |
| 09/09/2009 | (2) | City of Henderson | Refund of Deposit from Water bill | 1290-000 | $34.05 | | $12,577.39 |
| 09/11/2009 | | Bank of America | 9-2-09 #125 Mtn for Relief of Stay | 4110-000 | | $11,043.00 | $1,534.39 |
| 09/16/2009 | (1) | B.C. Operating Incorporated | A/R Payment | 1121-000 | $525.30 | | $2,059.69 |
| 09/17/2009 | (1) | Mustang Drilling, Inc. | A/R Payment | 1121-000 | $321.75 | | $2,381.44 |
| 09/18/2009 | | Bank of America | 9-2-09 #125 Mtn for Relief of Stay | 4110-000 | | $847.00 | $1,534.44 |
| 09/22/2009 | (1) | Republic Resources | A/R Payment | 1121-000 | $264.00 | | $1,798.44 |
| 09/22/2009 | (1) | El Paso E&P Company LP | A/R Payment | 1121-000 | $565.00 | | $2,363.44 |
| 09/24/2009 | (1) | Exco Operating Company, LP | A/R Payment | 1121-000 | $136.50 | | $2,499.94 |
| 09/24/2009 | (1) | Fidelity Exploration & Production Company | A/R Payment | 1121-000 | $402.60 | | $2,902.54 |
| 09/24/2009 | (1) | Wagner & Brown Ltd | A/R Payment | 1121-000 | $95.63 | | $2,998.17 |
| 09/25/2009 | | Bank of America | 9-2-09 #125 Mtn for Relief of Stay | 4110-000 | | $1,464.00 | $1,534.17 |
| 09/29/2009 | (1) | Largo Oil Company | A/R Payment | 1121-000 | $783.75 | | $2,317.92 |
| 09/29/2009 | (1) | LKD Corp | A/R Payment | 1121-000 | $2,267.03 | | $4,584.95 |
| 09/30/2009 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.39 | | $4,585.34 |
| 10/06/2009 | (3) | J&R Service Company | Lease Payment | 1122-000 | $7,560.00 | | $12,145.34 |
| 10/06/2009 | (3) | J&R Service Company | Lease Payment | 1122-000 | $5,640.00 | | $17,785.34 |
| 10/08/2009 | (1) | RAM Operating Company, Inc. | A/R | 1121-000 | $1,569.00 | | $19,354.34 |
| | | | **SUBTOTALS** | | $31,207.60 | $118,662.00 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-34999-H1-7 | | Trustee Name: | Rodney Tow |
|---|---|---|---|---|
| Case Name: | RAUHS FRAC SERVICE, LTD. | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | **-***6086 | | Money Market Acct #: | ******4999 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 7/10/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/16/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/08/2009 | (1) | Orion Pipeline LLC | A/R | 1121-000 | $350.00 | | $19,704.34 |
| 10/08/2009 | | Bank of America | TRN REF #20091007-00000274 | 4110-000 | | $16,251.34 | $3,453.00 |
| 10/13/2009 | (2) | Pioneer Telephone Coop, Inc. | Refund on Account PTCT5544 from Pioneer Telephone Coop, Inc. | 1290-000 | $121.29 | | $3,574.29 |
| 10/21/2009 | (1) | DEP REVERSE: J&R Service Company | Check Returned NSF | 1121-000 | ($7,560.00) | | ($3,985.71) |
| 10/21/2009 | (1) | DEP REVERSE: J&R Service Company | Check Returned NSF | 1121-000 | ($5,640.00) | | ($9,625.71) |
| 10/21/2009 | (1) | Bank of America | Bank of America Reversed wire transfer received due to NSF checks returned by J&R Service Company. | 1121-000 | $13,200.00 | | $3,574.29 |
| 10/21/2009 | (1) | Republic Resources | A/R Payment | 1121-000 | $476.40 | | $4,050.69 |
| 10/21/2009 | (1) | DEP REVERSE: Bank of America | Corrected to Wire In, not deposit. | 1121-000 | ($13,200.00) | | ($9,149.31) |
| 10/21/2009 | (2) | Bank of America | Returned Wire Out Funds due to NSF Checks of J&R Service Company. | 1290-000 | $13,185.00 | | $4,035.69 |
| 10/29/2009 | (1) | Centurytel, Inc. | A/R | 1121-000 | $22.04 | | $4,057.73 |
| 10/29/2009 | (1) | Pioneer Telephone Coop Inc. | A/R | 1121-000 | $95.70 | | $4,153.43 |
| 10/30/2009 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.12 | | $4,153.55 |
| 11/16/2009 | (2) | City of Overton Water Deposit Fund | Deposit Refund | 1290-000 | $100.00 | | $4,253.55 |
| 11/17/2009 | | Bank of America | Trn. Ref. 20091028-00000582 Wire  Transfer made 10/28/09 | 4110-000 | | $2,501.69 | $1,751.86 |
| 11/17/2009 | 2003 | Bank of America | Trn Ref #20091116-00000707 | 4110-000 | | $117.74 | $1,634.12 |
| 11/19/2009 | (1) | Cabot Oil & Gas Corporation | A/R | 1121-000 | $97,487.34 | | $99,121.46 |
| 11/30/2009 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $1.14 | | $99,122.60 |
| 12/08/2009 | (3) | J&R Service Company | Lease Payment | 1222-000 | $7,560.00 | | $106,682.60 |
| 12/08/2009 | (3) | J&R Service Company | Lease Payment | 1222-000 | $3,360.00 | | $110,042.60 |
| 12/08/2009 | (3) | J&R Service Company | Lease Payment | 1222-000 | $2,280.00 | | $112,322.60 |
| 12/15/2009 | | Bank of America | Trn Ref#20091204-741 | 4110-000 | | $97,588.60 | $14,734.00 |
| 12/30/2009 | | Bank of America | Per order dated:8/7/2009 | 4110-000 | | $13,200.00 | $1,534.00 |
| 12/31/2009 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.61 | | $1,534.61 |
| 01/05/2010 | (1) | Pioneer Telephone Coop Inc. | A/R | 1121-000 | $16.63 | | $1,551.24 |
| | | | **SUBTOTALS** | | $111,856.27 | $129,659.37 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 09-34999-H1-7 | |
| Case Name: | RAUHS FRAC SERVICE, LTD. | |
| Primary Taxpayer ID #: | **-***6086 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 7/10/2009 | |
| For Period Ending: | 1/16/2018 | |

| | | |
|---|---|---|
| Trustee Name: | Rodney Tow |
| Bank Name: | Sterling Bank |
| Money Market Acct #: | ******4999 |
| Account Title: | |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|
| 01/19/2010 | (1) | Farmers Elevator Company | A/R | 1121-000 | $2,911.46 | | $4,462.70 |
| 01/19/2010 | (1) | JP Morgan Chase Bank | A/R | 1121-000 | $25.02 | | $4,487.72 |
| 01/28/2010 | (1) | OG&E Electric Services | A/R | 1121-000 | $1,291.97 | | $5,779.69 |
| 01/28/2010 | (1) | Cabot Oil & Gas Corporation | A/R | 1121-000 | $4,741.00 | | $10,520.69 |
| 01/29/2010 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.14 | | $10,520.83 |
| 02/04/2010 | 2004 | ADP, Inc. | 2009 W-2's | 2810-000 | | $405.13 | $10,115.70 |
| 02/12/2010 | (2) | RSM Richter, Inc. | Prefiling payroll taxes and other prefile amounts to be refunded to ADP; Un-cashed payroll checks. | 1290-000 | $1,500.00 | | $11,615.70 |
| 02/12/2010 | (2) | RSM Richter, Inc. | Prefiling payroll taxes and other prefile amounts to be refunded to ADP; Un-cashed payroll checks. | 1290-000 | $44,870.87 | | $56,486.57 |
| 02/12/2010 | (3) | Rauh Oilfield Services Co. | February rent for 1622 South Highway 132. | 1222-000 | $2,000.00 | | $58,486.57 |
| 02/15/2010 | | Bank of America | Pursuant to Court Order | 4110-000 | | $8,356.35 | $50,130.22 |
| 02/23/2010 | (2) | AT&T | Refund | 1290-000 | $10.73 | | $50,140.95 |
| 02/26/2010 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $1.06 | | $50,142.01 |
| 03/05/2010 | (2) | Warrant Seiling Public Works Authority Utility Deposits | Deposit Refund | 1290-000 | $25.00 | | $50,167.01 |
| 03/05/2010 | (3) | Rauh Oilfield Services Co. | Rent (Feb. 2010) | 1222-000 | $2,000.00 | | $52,167.01 |
| 03/05/2010 | 2005 | Mary Ella Duplantis | Postage for mailing W-2's. | 6950-000 | | $25.08 | $52,141.93 |
| 03/31/2010 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $2.20 | | $52,144.13 |
| 04/15/2010 | (3) | Rauh Oilfield Services Co. | April 2010 Rental Payment | 1222-000 | $2,000.00 | | $54,144.13 |
| 04/30/2010 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $2.18 | | $54,146.31 |
| 05/06/2010 | (3) | Rauh Oilfield Services Co. | May Rental for Drummond OK property. | 1222-000 | $2,000.00 | | $56,146.31 |
| 05/28/2010 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $2.37 | | $56,148.68 |
| 06/14/2010 | (3) | Rauh Oilfield Services Co. | June 2010 Rent for 1622 Highway 132 | 1222-000 | $2,000.00 | | $58,148.68 |
| 06/30/2010 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $2.35 | | $58,151.03 |
| 07/30/2010 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $2.47 | | $58,153.50 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $2.47 | | $58,155.97 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $2.39 | | $58,158.36 |
| | | | **SUBTOTALS** | | $65,393.68 | $8,786.56 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 09-34999-H1-7 | |
| Case Name: | RAUHS FRAC SERVICE, LTD. | |
| Primary Taxpayer ID #: | **-***6086 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 7/10/2009 | |
| For Period Ending: | 1/16/2018 | |

| | |
|---|---|
| Trustee Name: | Rodney Tow |
| Bank Name: | Sterling Bank |
| Money Market Acct #: | ******4999 |
| Account Title: | |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Deposit $ | Disbursement $ | Balance |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $2.47 | | $58,160.83 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $2.39 | | $58,163.22 |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $2.47 | | $58,165.69 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $2.47 | | $58,168.16 |
| 02/28/2011 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $2.23 | | $58,170.39 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $2.47 | | $58,172.86 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $2.39 | | $58,175.25 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $2.47 | | $58,177.72 |
| 06/30/2011 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $2.39 | | $58,180.11 |
| 07/05/2011 | (INT) | Sterling Bank | Interest Earned For July 2011 | 1270-000 | $0.32 | | $58,180.43 |
| 07/05/2011 | | Green Bank | Transfer Funds | 9999-000 | | $58,062.69 | $117.74 |
| 07/07/2011 | | Green Bank | Transfer Funds | 9999-000 | | $117.74 | $0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | TOTALS: | | $373,195.07 | $373,195.07 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $58,180.43 | |
| | | | Subtotal | | $373,195.07 | $315,014.64 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $373,195.07 | $315,014.64 | |

| For the period of 7/10/2009 to 1/16/2018 | | For the entire history of the account between 07/14/2009 to 1/16/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $373,195.07 | Total Compensable Receipts: | $373,195.07 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $373,195.07 | Total Comp/Non Comp Receipts: | $373,195.07 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $315,014.64 | Total Compensable Disbursements: | $315,014.64 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $315,014.64 | Total Comp/Non Comp Disbursements: | $315,014.64 |
| Total Internal/Transfer Disbursements: | $58,180.43 | Total Internal/Transfer Disbursements: | $58,180.43 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 09-34999-H1-7 | **Trustee Name:** Rodney Tow |
| **Case Name:** | RAUHS FRAC SERVICE, LTD. | **Bank Name:** Green Bank |
| **Primary Taxpayer ID #:** | **-***6086 | **Checking Acct #:** ******9901 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** DDA |
| **For Period Beginning:** | 7/10/2009 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 1/16/2018 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/05/2011 | | Sterling Bank | Transfer Funds | 9999-000 | $58,062.69 | | $58,062.69 |
| 07/07/2011 | | Sterling Bank | Transfer Funds | 9999-000 | $117.74 | | $58,180.43 |
| 07/29/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $81.75 | $58,098.68 |
| 08/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $93.75 | $58,004.93 |
| 09/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $96.62 | $57,908.31 |
| 10/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $87.41 | $57,820.90 |
| 11/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $90.29 | $57,730.61 |
| 12/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $93.15 | $57,637.46 |
| 01/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $93.00 | $57,544.46 |
| 02/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $86.86 | $57,457.60 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $95.71 | $57,361.89 |
| 04/03/2012 | (5) | Rafter H Operating, LLC | Sale of Estate's right, title, and interest in a saltwater injection well and related equipmentsecuring the return of a $25,000 operating and surety bond on deposit with the Oklahoma Corporation Commission related to Debtor's operation of the subject saltwater injection well.  Doc No. 430 | 1229-000 | $30,000.00 | | $87,361.89 |
| 04/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $128.75 | $87,233.14 |
| 05/03/2012 | (4) | Farmers Elevator Company | Settlement of Compromise of Adversary No. 11-03358 - Order # 463 | 1241-000 | $10,000.00 | | $97,233.14 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $153.78 | $97,079.36 |
| 06/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $156.65 | $96,922.71 |
| 07/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $151.35 | $96,771.36 |
| 08/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $171.27 | $96,600.09 |
| 09/26/2012 | 5001 | Rafter H Operating, LLC | Reimbursement of payment to Hamm & Phillips Services Co. for Inv. S1-083693 Per Joshua Wolfshohol, Porter & Hedges, LLP 9-20-2012 | 2420-000 | | $644.00 | $95,956.09 |
| 09/28/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $135.76 | $95,820.33 |
| 10/04/2012 | 5002 | George Adams and Company | Bond Payment | 2300-000 | | $105.05 | $95,715.28 |

**SUBTOTALS** $98,180.43 $2,465.15

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-34999-H1-7 | | Trustee Name: | Rodney Tow |
|---|---|---|---|---|
| Case Name: | RAUHS FRAC SERVICE, LTD. | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6086 | | Checking Acct #: | ******9901 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 7/10/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/16/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $154.85 | $95,560.43 |
| 11/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $159.18 | $95,401.25 |
| 12/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $144.01 | $95,257.24 |
| 01/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $153.71 | $95,103.53 |
| 02/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $138.61 | $94,964.92 |
| 08/06/2013 | (13) | State of Oklahoma | Refund of Surety Bond | 1229-000 | $25,000.00 | | $119,964.92 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $174.85 | $119,790.07 |
| 10/03/2013 | 5003 | George Adams & Co. | Bond Payment | 2300-000 | | $127.36 | $119,662.71 |
| 10/03/2013 | 5003 | VOID: George Adams & Co. | Void of Check# 5003 | 2300-003 | | ($127.36) | $119,790.07 |
| 10/03/2013 | 5004 | George Adams & Co. | Bond Payment | 2300-000 | | $127.36 | $119,662.71 |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $193.25 | $119,469.46 |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $192.78 | $119,276.68 |
| 12/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $186.26 | $119,090.42 |
| 01/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $204.57 | $118,885.85 |
| 02/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $173.28 | $118,712.57 |
| 03/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $179.20 | $118,533.37 |
| 04/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $185.10 | $118,348.27 |
| 05/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $197.13 | $118,151.14 |
| 06/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $178.35 | $117,972.79 |
| 07/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $190.37 | $117,782.42 |
| 08/29/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $196.19 | $117,586.23 |
| 09/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $177.50 | $117,408.73 |
| 10/08/2014 | 5005 | George Adams & Co. | Bond Payment | 2300-000 | | $101.11 | $117,307.62 |
| 10/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $201.59 | $117,106.03 |
| 11/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $170.68 | $116,935.35 |
| 12/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $188.69 | $116,746.66 |
| 01/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $194.47 | $116,552.19 |
| 02/27/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $169.87 | $116,382.32 |
| | | | | **SUBTOTALS** | $25,000.00 | $4,332.96 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-34999-H1-7 | Trustee Name: | Rodney Tow |
|---|---|---|---|
| Case Name: | RAUHS FRAC SERVICE, LTD. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6086 | Checking Acct #: | ******9901 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 7/10/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/16/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $181.74 | $116,200.58 |
| 04/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $181.46 | $116,019.12 |
| 05/29/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $187.21 | $115,831.91 |
| 06/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $180.88 | $115,651.03 |
| 07/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $198.66 | $115,452.37 |
| 08/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $174.28 | $115,278.09 |
| 09/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $180.02 | $115,098.07 |
| 10/06/2015 | 5006 | International Sureties | Blanket Bond | 2300-000 | | $46.16 | $115,051.91 |
| 10/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $191.72 | $114,860.19 |
| 11/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $173.41 | $114,686.78 |
| 12/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $185.06 | $114,501.72 |
| 01/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $184.77 | $114,316.95 |
| 02/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $172.57 | $114,144.38 |
| 03/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $184.19 | $113,960.19 |
| 04/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $183.89 | $113,776.30 |
| 05/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $177.67 | $113,598.63 |
| 06/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $177.40 | $113,421.23 |
| 07/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $183.02 | $113,238.21 |
| 08/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $182.73 | $113,055.48 |
| 09/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $188.32 | $112,867.16 |
| 10/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $170.38 | $112,696.78 |
| 11/22/2016 | 5007 | International Sureties | Bond | 2300-000 | | $37.76 | $112,659.02 |
| 11/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $175.99 | $112,483.03 |
| 12/27/2016 | (10) | The Bankptcy Estate of Nighthawk Oilfield Services, LTD | 10/24/2016 #754 | 1129-000 | $319,844.28 | | $432,327.31 |
| 01/20/2017 | | Integrity Bank | Transfer Funds | 9999-000 | | $432,327.31 | $0.00 |
| | | | | **SUBTOTALS** | $319,844.28 | $436,226.60 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-34999-H1-7 | | Trustee Name: | Rodney Tow |
|---|---|---|---|---|
| Case Name: | RAUHS FRAC SERVICE, LTD. | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6086 | | Checking Acct #: | ******9901 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 7/10/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/16/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Deposit $ | Disbursement $ | Balance |
| | | | TOTALS: | | $443,024.71 | $443,024.71 | $0.00 |
| | | | Less: Bank transfers/CDs | | $58,180.43 | $432,327.31 | |
| | | | Subtotal | | $384,844.28 | $10,697.40 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $384,844.28 | $10,697.40 | |

| For the period of 7/10/2009 to 1/16/2018 | | For the entire history of the account between 07/05/2011 to 1/16/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $384,844.28 | Total Compensable Receipts: | $384,844.28 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $384,844.28 | Total Comp/Non Comp Receipts: | $384,844.28 |
| Total Internal/Transfer Receipts: | $58,180.43 | Total Internal/Transfer Receipts: | $58,180.43 |
| | | | |
| Total Compensable Disbursements: | $10,697.40 | Total Compensable Disbursements: | $10,697.40 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $10,697.40 | Total Comp/Non Comp Disbursements: | $10,697.40 |
| Total Internal/Transfer Disbursements: | $432,327.31 | Total Internal/Transfer Disbursements: | $432,327.31 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 09-34999-H1-7 | |
| Case Name: | RAUHS FRAC SERVICE, LTD. | |
| Primary Taxpayer ID #: | **-***6086 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 7/10/2009 | |
| For Period Ending: | 1/16/2018 | |

| | |
|---|---|
| Trustee Name: | Rodney Tow |
| Bank Name: | Green Bank |
| Checking Acct #: | ******9901 |
| Account Title: | DDA |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $758,039.35 | $758,039.35 | $0.00 |

| **For the period of 7/10/2009 to 1/16/2018** | | **For the entire history of the case between 07/10/2009 to 1/16/2018** | |
|---|---|---|---|
| Total Compensable Receipts: | $758,039.35 | Total Compensable Receipts: | $758,039.35 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $758,039.35 | Total Comp/Non Comp Receipts: | $758,039.35 |
| Total Internal/Transfer Receipts: | $490,507.74 | Total Internal/Transfer Receipts: | $490,507.74 |
| | | | |
| Total Compensable Disbursements: | $418,785.21 | Total Compensable Disbursements: | $418,785.21 |
| Total Non-Compensable Disbursements: | $339,254.14 | Total Non-Compensable Disbursements: | $339,254.14 |
| Total Comp/Non Comp Disbursements: | $758,039.35 | Total Comp/Non Comp Disbursements: | $758,039.35 |
| Total Internal/Transfer Disbursements: | $490,507.74 | Total Internal/Transfer Disbursements: | $490,507.74 |

/s/ RODNEY TOW

RODNEY TOW